

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2019

No. 04-19-00324-CV

**IN THE INTEREST OF Z. K. W., ET AL.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02567
The Honorable Monique Diaz, Judge Presiding

# O R D E R

The clerk's record was due May 28, 2019, but was not filed. On that day, the district clerk filed a notification of late record asking for an extension of time of ten days.

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Given the time constrains governing the disposition of this appeal, further requests for extensions of time will be disfavored. Accordingly, we **GRANT** the clerk's requested extension and **ORDER** the district clerk to file the clerk's record in this court **on or before June 7, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court